**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.J.L.      : No. 404 MAL 2014
                                               :
                                               :
PETITION OF: C.C., MOTHER      : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.